FILED
2025 AUG 8
CLERK
U.S. DISTRICT COURT

FELICE JOHN VITI, Acting United States Attorney (#7007)
MARK WOOLF, Assistant United States Attorney (#WA 39399)
ADAM ELGGREN, Assistant United States Attorney (#11064)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IGNACIO GONZALEZ,<br><br>Defendant. | Case No. 2:25mj726 CMR<br><br>FELONY COMPLAINT<br><br>COUNT 1: 21 U.S.C. § 841(a)(1)<br><br>Possession of Methamphetamine with Intent to Distribute (>500 grams)<br><br>Magistrate Judge Cecilia M. Romero |

Before the Honorable Cecilia M. Romero, United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

**COUNT 1**
**21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2**
**(Possession with intent to distribute Methamphetamine)**

On or about August 5, 2025, in the District of Utah,

**IGNACIO GONZALEZ,**

defendant herein, did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance within the meaning of 21 U.S.C. § 812; and did aid and abet therein; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

This Complaint is made on the basis of investigation described in the affidavit below, and with the following elements for the charged counts as follows:

The elements of Count 1, violation of 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Methamphetamine, are:

a. The defendant knowingly or intentionally possessed Methamphetamine, a Schedule II controlled substance;

b. At the time of his possession, he intended to distribute that substance to another person or persons; and

c. The amount of methamphetamine he intended to distribute was 500 grams or more.

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT**

Complainant, James Morton, being duly sworn, hereby states that this Felony Complaint is based on information obtained through an investigation consisting of the following:

1. Complainant, Special Agent James J. Morton, being duly sworn, hereby states: I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since May 10, 2016. I am assigned to the Salt Lake City Field Office, in the District of Utah. Prior to my employment by the ATF, I was a Law

Enforcement Officer (LEO) in Utah for almost 15 years. I attended the Utah State Peace Officers Standards and Training Academy (P.O.S.T) where I received a block of narcotics identification and basic investigation instruction from experts in the field. During the course of my employment, I have been involved in numerous illegal drug and firearm investigations.

2. On August 5, 2025, ATF agents assisted the Taylorsville Police Department with the service of a search warrant on Gold Blush Lane in Riverton, Utah. During a search of the residence law enforcement located and seized approximately 51.7 pounds of Methamphetamine, a Schedule II controlled substance, in a bedroom belonging to Ignacio GONZALEZ ("GONZALES"). Law enforcement also located and seized a stolen firearm, specifically a Glock 43X, 9mm pistol, and other illegal drugs from GONZALEZ's bedroom. In addition to the illegal drugs and firearm located in GONZALEZ's bedroom, identifying documents bearing "Ignacio GONZALEZ's" name were located.

3. Post Miranda, GONZALEZ admitted the bedroom where the firearm and illegal drugs were located belonged to him. GONZALEZ claimed the illegal drugs found in his bedroom were left in cartons by an unidentified male who had been deported months prior. GONZALEZ further claimed that the firearm found in the bedroom was left by the same unidentified male, but he admitted that his fingerprints would be found on the firearm because he used it for protection.

4. GONZALEZ admitted to using some illegal drugs and to using his blue Chevrolet Silverado on at least four (4) occasions to transport and deliver illegal drugs to local

users. GONZALEZ claimed that he would receive payment of $150.00 for distributing the drugs. GONZALEZ estimated that on those four occasions when he made deliveries each delivery contained four (4) bags similar to the ones located in his bedroom where the illegal drugs and firearm were found. Each of the bags containing methamphetamine located in GONZALEZ's bedroom contained approximately one kilogram or 2.1 pounds of Methamphetamine.

5. Your affiant knows from training and experience that 51.7 pounds of Methamphetamine is not a user amount of Methamphetamine and is an amount consistent with distribution.

6. Based on the foregoing information, I respectfully request that a warrant of arrest be issued for **IGNACIO GONZALEZ** for violations of 21 U.S.C. § 841(a)(1).

*/s/ James Morton*
Affiant, Special Agent James Morton

SUBSCRIBED AND SWORN to before me this 8th day of August, 2025.

Cecilia M. Romero

Cecilia M. Romero
United States Magistrate Judge

APPROVED:

FELILCE JOHN VITI
Acting United States Attorney

*/s/ Mark E. Woolf*
MARK E. WOOLF
Assistant United States Attorney