AO 442 (Rev. 11/11) Arrest Warrant

FILED
2025 AUG 8
CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

for the

District of Utah

United States of America
v.

IGNACIO GONZALEZ

*Defendant*

Case No. 2:25mj726 CMR

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* IGNACIO GONZALEZ,
who is accused of an offense or violation based on the following document filed with the court:

- ❒ Indictment
- ❒ Superseding Indictment
- ❒ Information
- ❒ Superseding Information
- ☑ Complaint
- ❒ Probation Violation Petition
- ❒ Supervised Release Violation Petition
- ❒ Violation Notice
- ❒ Order of the Court

This offense is briefly described as follows:

Possession of Methamphetamine with Intent to Distribute, 21 U.S.C. § 841(a)(1)

United States District Court District of Utah WARRANT

Date: 08/08/2025

Cecilia M. Romero
*Issuing officer's signature*

City and state: Salt Lake City, Utah

CECILIA M. ROMERO, U.S. Magistrate
*Printed name and title*

**Return**

This warrant was received on *(date)* ____________, and the person was arrested on *(date)* ____________
at *(city and state)* ____________.

Date: ____________

____________
*Arresting officer's signature*

____________
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: ______

Known aliases: ______

Last known residence: ______

Prior addresses to which defendant/offender may still have ties: ______

Last known employment: ______

Last known telephone numbers: ______

Place of birth: ______

Date of birth: ______

Social Security number: ______

Height: ______ Weight: ______

Sex: ______ Race: ______

Hair: ______ Eyes: ______

Scars, tattoos, other distinguishing marks: ______

History of violence, weapons, drug use: ______

Known family, friends, and other associates *(name, relation, address, phone number)*: ______

FBI number: ______

Complete description of auto: ______

Investigative agency and address: ______

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ______

Date of last contact with pretrial services or probation officer *(if applicable)*: ______